**UNITED STATES DISTRICT COURT**
**NORTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YORAM KAHN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 22-cv-4177 |

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | *Kahn v. Target Corporation*, Case No. 1:22-cv-4178, Dkt. 1 (N.D. Ill. Aug. 9, 2022). |
| B | National Institute of Standards and Technology, Law & Regulations Committee of the National Conference of Weights and Measures ("NCWM"), Handbook 130, Section V, Examination Procedure for Price Verification (2022) |