# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

July 3, 2024

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before
DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 23-1751 | YORAM KAHN, individually and on behalf of all others similarly situated,<br>            Plaintiff - Appellant<br><br>v.<br><br>WALMART INC.,<br>            Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-04177<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis ||

The judgment of the district court is **REVERSED**, with costs, and this case is **REMANDED** for further proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)