IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YORAM KAHN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., <br><br> Defendant. | CASE NO. 1:22-cv-04177 <br><br> Judge: Honorable Sara L. Ellis <br> Magistrate: Honorable Young B. Kim |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR MOTION BY CHRISTINA RECTOR AND LIZETTE MCKINNEY FOR INTERVENTION AS OF RIGHT, OR, IN THE ALTERNATIVE, PERMISSIVE INTERVENTION**

Now come the parties Plaintiff Kahn and Defendant Walmart Inc., and proposed intervenors Christina Rector and Lizette McKinney (collectively the "Rector Plaintiffs"), and hereby move the Court to approve the following briefing schedule for the Rector Plaintiffs' Motion for Intervention as of Right, or, in the Alternative, Permissive Intervention, which has been filed contemporaneous to the present motion:

Walmart Inc. and Plaintiff Kahn's Briefs in Opposition: September 30, 2025

Rector Plaintiffs' Reply Brief: October 10, 2025

                                                                 Respectfully submitted,

                                                                 */s/ Rebecca Weinstein Bacon*
                                                                 Rebecca Weinstein Bacon
                                                                 Adam L. Hoeflich
                                                                 Anastasiya Maione
                                                                Noor-ul-ain S. Hasan
                                                                **BARTLIT BECK LLP**
                                                                54 W. Hubbard Street, Suite 300
                                                                Chicago, IL 60654
                                                                (312) 494-4400
                                                                rweinstein.bacon@bartlitbeck.com
                                                                adam.hoeflich@bartlitbeck.com

stacy.maione@bartlitbeck.com
noor.hasan@bartlitbeck.com

Daniel C. Taylor (*Pro Hac Vice*)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3152
daniel.taylor@bartlitbeck.com

*Attorneys for Defendant Walmart Inc.*


*/s/ Nicole T. Fiorelli*
Nicole T. Fiorelli
Frank A. Bartela
**DWORKEN & BERNSTEIN CO., LPA**
60 South Park Place
Painesville, OH 44077
(440) 352-3391
fbartela@dworkenlaw.com
nfiorelli@dworkenlaw.com

Drew LaFramboise (#1018140)
(*pro hac vice forthcoming*)
Veronica Nannis (#485151)
*pro hac vice forthcoming*)
**JOSEPH, GREENWALD & LAAKE, PA**
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770-1417
(240) 553-1209
dlaframboise@jgllaw.com
vnannis@jgllaw.com

*Attorneys for Putative Intervenors*


*/s/ Stephanie M. Beige*
Sandy A. Liebhard (*Pro Hac Vice*)
Stanley D. Bernstein (*Pro Hac Vice*)
Michael S. Bigin (*Pro Hac Vice*)
Stephanie M. Beige (*Pro Hac Vice*)
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, NY 10016
(212) 779-1414

2

liebhard@bernlieb.com
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com

Scott H. Gingold
**GINGOLD LEGAL**
1326 Isabella Street
Evanston, IL 60201
(773) 793-9093
scott@gingoldlegal.com

*Attorneys for Plaintiff Yoram Kahn*

Case: 1:22-cv-04177 Document #: 75 Filed: 09/15/25 Page 3 of 4 PageID #:509

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, a copy of the foregoing *JOINT MOTION TO SET BRIEFING SCHEDULE FOR MOTION BY CHRISTINA RECTOR AND LIZETTE MCKINNEY FOR INTERVENTION AS OF RIGHT, OR, IN THE ALTERNATIVE, PERMISSIVE INTERVENTION* was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois and was served by operation of the Court's electronic filing system on all parties of record.

*/s/ Rebecca Weinstein Bacon*
Rebecca Weinstein Bacon