UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Yoram Kahn
                    Plaintiff,

v.                                              Case No.: 1:22–cv–04177
                                                     Honorable Sara L. Ellis

Walmart, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for extension of fact discovery [87]. Fact discovery closes on 6/10/2026. The Court strikes the status date set for 12/3/2025 and resets it to 6/16/2026 at 9:30 AM. The parties should file a joint status report by 6/9/2026 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to class certification or summary judgment, and proposed schedules for expert discovery, class certification briefing, and summary judgment briefing, where applicable. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (650) 479–3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll–free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.