## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yoram Kahn

          Plaintiff,

v.

Walmart, Inc.

          Defendant.

Case No.: 1:22–cv–04177
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 2/19/2026. Motion by Christina Rector and Lizette McKinney for intervention as of right, or, in the alternative, permissive intervention [73] is denied. Defendant Walmart Inc.'s motion for leave to withdraw Noor–ul–ain Shahid Hasan as counsel [99] is granted. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.