**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YORAM KAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No.: 1:22-cv-04177<br><br>Judge: Honorable Sara L. Ellis<br>Magistrate: Honorable Young B. Kim |

**NOTICE OF MOTION**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on **Tuesday, September 22, 2026** at **9:45 a.m.**, or whenever thereafter counsel can be heard, Plaintiff Yoram Kahn and Defendant Walmart Inc. will appear before the Honorable Sara L. Ellis, or any judge sitting in her stead in the courtroom usually occupied by her, Room 1403, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present their *Joint Motion for Entry of Amended Agreed Confidentiality Order*, a copy of which is hereby served upon you.

Counsel will appear telephonically via: Teleconference Number: (650) 469-3207, Access Code: 2314 361 1508.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Rebecca Weinstein Bacon*

Rebecca Weinstein Bacon
Anastasiya Maione
Dawson Robinson
Victoria Kalumbi
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400

rweinstein.bacon@bartlitbeck.com
stacy.maione@bartlitbeck.com
dawson.robinson@bartlitbeck.com
victoria.kalumbi@bartlitbeck.com

Daniel C. Taylor (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3152
daniel.taylor@bartlit-beck.com

Adam L. Hoeflich
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
ahoeflich@paulweiss.com

*Attorneys for Walmart Inc.*

Stanley D. Bernstein (*Pro Hac Vice*)
Michael S. Bigin (*Pro Hac Vice*)
Stephanie M. Beige (*Pro Hac Vice*)
Jeffrey R. McEachern (*Pro Hac Vice*)
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
jmceachern@bernlieb.com

Scott H. Gingold
GINGOLD LEGAL
1326 Isabella Street
Evanston, IL 60201
(773) 793-9093
scott@gingoldlegal.com

*Attorneys for Plaintiff Yoram Kahn*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois and was served by operation of the Court's electronic filing system on all parties of record.

*/s/ Rebecca Weinstein Bacon*
Rebecca Weinstein Bacon